# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

AMOS PANG SANG YEE,

                Petitioner,

v.

DALE SCHMIDT,

                Respondent.

Case No. 17-CV-1035-JPS

**ORDER**

On December 7, 2017, Petitioner filed a notice of dismissal of this action without prejudice. (Docket #5). Respondent does not object. *Id.* The Court herewith adopts Petitioner's notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Petitioner's notice of dismissal (Docket #5) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice.**

Dated at Milwaukee, Wisconsin, this 12th day of December, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge